**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 7, 2006

*Before*

Hon. William J. Bauer, *Circuit Judge*

Hon. Richard A. Posner, *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

No. 04-2406

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>    *v.*<br><br>FEMI JOHNSON.<br>    Defendant-Appellant. | Appeal from the United States District<br>Court for the Northern District of<br>Illinois, Eastern Division.<br><br>No. 01 CR 103<br><br>Matthew F. Kennelly, *Judge*. |

**O R D E R**

On *Paladino* remand, the district judge stated that he would have imposed the same guidelines sentence that he imposed originally had he known that the guidelines were merely advisory and not mandatory. Such a resentence is presumptively reasonable and in this case the presumption has not been rebutted, the judge having fully considered the defendant's arguments for a lower standard in accordance with 18 U.S.C. § 3553(a).

AFFIRMED.